A. WEINTRAUB, etc., Appellant, v. M. B. and G. D. DANIELS, etc., Appellees.

Circuit Court of Appeals, Third Circuit.
January 7, 1929.

No. 3913.

David S. Malis, of Philadelphia, Pa., for appellant.

Elston C. Cole and Josiah H. Marvis, both of Philadelphia, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. We find no error in the conclusion reached by the judge of the court below. 30 F.(2d) 548. In view, amongst others, of the allegations of the petition that the bankrupt was insolvent, and knew of his insolvency, we are of opinion that the judge was justified in his decree, which is hereby affirmed.